UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:26-cr-00114-SVW    Date: 3/5/2026

Present: The Honorable: Alka Sagar, United States Magistrate Judge

Interpreter N/A    Language N/A

| Alma Felix | 03/05/2026 | Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present In Custody    Attorneys for Defendants: ✔ Present CJA

Edward Escalante    Anton Vialtsin

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.

* Defendant is arraigned under name on the Indictment.

* Defendant acknowledges having read the Indictment and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the Indictment.

* This case is assigned to Judge Stephen V. Wilson.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 4/28/2026 9:00 AM

* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, PSAED, PSASA
✔ USMLA, USMED, USMSA
Statistics Clerk, Interpreter
✔ CJA Supervising Attorney, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00
**Arraignment:** 00 : 02
**Initials of Deputy Clerk:** AF by TRB