UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:26-cr-00114-SVW Date: 3/5/2026

Present: The Honorable: Alka Sagar, United States Magistrate Judge

Interpreter N/A Language N/A

| Alma Felix | 03/05/2026 | Daniel Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present In Custody

Keiko Marie Gonzalez

Attorneys for Defendants: ✔ Present CJA

Richard W Raynor

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 4/28/2026 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk Interpreter
✔ CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00
**Arraignment:** 00 : 02
**Initials of Deputy Clerk:** AF by TRB