UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cr-00114-SVW-1-2-3-4-5-7 | Date: | May 18, 2026 |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 5-18-2026 | Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond |
|---|---|---|---|
| 1) Keiko Marie Gonzalez | | √ | |
| 2) Edward Escalante | | √ | |
| 3) Edward Alvarenga | √ | √ | |
| 4) George Carillo | | √ | |
| 5) Carlos Beltran | √ | √ | |
| 7) Edwin Martinez | √ | √ | |

| Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|
| 1) Richard W Raynor CJA | √ | √ | |
| 2) Anton Vialtsin CJA | √ | √ | |
| 3) Michael M. Crain CJA | √ | √ | |
| 4) Jennifer L. Williams CJA | √ | √ | |
| & Melissa A. Weinberger CJA | √ | √ | |
| 5) Richard G. Novak CJA | √ | √ | |
| & William Hovsepyan CJA | √ | √ | |
| 7) Anthony T Nehme CJA | √ | √ | |

**Proceedings:** **STATUS CONFERENCE** (Held and Completed)

Case called. For the reasons stated on the record, the Court ORDERS the following:

- The Court GRANTS the Stipulation to Continue Trial [72]
- The Jury Trial is now set for April 20, 2027, at 9:00 a.m.
- The Pretrial Conference is now set for April 12, 2026, at 3:00 p.m.
- The Court ORDERS the Government to provide the Defendant notice within three weeks of its determination as to whether it will seek the death penalty

IT IS SO ORDERED.

CC: USPO

: 35

Initials of Deputy Clerk DTA