TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Deputy Chief, Major Crimes Section
DANIEL H. WEINER (Cal. Bar No. 329025)
Deputy Chief, Transnational Organized Crime Section
Assistant United States Attorneys
1300/1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046/0813
Facsimile: (213) 894-0142
E-mail: jena.maccabe@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE CARILLO [4], and
CARLOS BELTRAN [5]

Defendants.

No. CR 26-114-SVW-4,5

GOVERNMENT'S NOTICE REGARDING PENALTY AS TO DEATH-ELIGIBLE DEFENDANTS GEORGE CARILLO AND CARLOS BELTRAN

Plaintiff United States of America, by and through its counsel of record, hereby files this notice to advise that as of June 5, 2026, the Acting Attorney General for the United States has directed the First Assistant United States Attorney for the Central

District of California not to seek the death penalty as to defendants George Carillo and Carlos Beltran.

Dated: June 5, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*/s/*
JENA A. MACCABE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA