**Anton Vialtsin** Cal. Bar No. 290333
185 West F Street, Suite 100-D
San Diego, California 92101
Telephone: (619) 357-6677
Facsimile: (619) 234-5322
Email: antonvialtsin@gmail.com

*Attorney for Edward Escalante*

**United States District Court**

**Central District of California**

HON. STEPHEN V. WILSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD ESCALANTE (2),

Defendant.

**STIPULATION FOR ORDER THAT A PRE-PLEA REPORT BE PREPARED AS TO DEFENDANT EDWARD ESCALANTE (#2)**

Case No. 2:26-cr-00114-SVW

Defendant Edward Escalante hereby applies for an order that the United States Probation Office prepare a pre-plea report regarding his criminal history calculation. AUSA Jena Avery MacCabe has no objection to this request.

Any sentence of Mr. Escalante pursuant to a plea agreement will depend on Mr. Escalante's criminal history. The information available to Mr. Escalante and counsel may not fully or accurately reflect how Mr. Escalante's criminal history would be determined for the advisory sentencing guidelines purposes.

Respectfully submitted:

Dated: September 30, 2026

*/s Anton Vialtsin*
Anton Vialtsin
*Attorney for Edward Escalante*

Dated: September 30, 2026

*/s Jena Avery MacCabe (with permission)*
Assistant United States Attorney